# PERKINSCOie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

February 16, 2021

**MEMO ENDORSED**

Edwin M. Baum
EBaum@perkinscoie.com
D. +1.212.261.6878
F. +1.212.399.8007

**VIA ECF**

Honorable Louis L. Stanton
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/21

Re:  **Flyfit Holdings LLC v. Michael Day, et al.**
     **Case No. 1:21-cv-00274-LLS**

**Defendants' Request for Extension of Time to Respond to the Complaint**

Dear Judge Stanton:

We represent Defendants Michael Day, Pamela Tarquin and Colin Day ("Defendants") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until March 31, 2021 in order to allow time for additional investigation and discussion of potential resolution. The current response date is March 1, 2021. Defendants have conferred with Plaintiff, who consents to this request. This is Defendants' first request for an extension of time to respond to the Complaint.

Thank you for your consideration.

Very truly yours,

/s/ *Edwin M. Baum*
Edwin M. Baum

cc:  All Counsel of Record (via ECF)

So Ordered
Louis L. Stanton
2/16/21

Perkins Coie LLP